IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANTOINETTE LEE                                                                                                               PLAINTIFF

v.                                          Civil No. 4:23-cv-04029

SUSTAINABLE FORESTS, LLC, AND
BLUE SKY TIMBER PROPERTIES, LLC                                                                       DEFENDANTS

# ORDER

On October 10, 2023, Plaintiff filed a Supplement to Complaint and a Second Amended Complaint. ECF Nos. 21 and 22. Prior to the filing of this pleading, on September 6, 2023, Plaintiff had been directed to not to file any additional pleadings in this matter until service was completed and Defendants had responded to the Amended Complaint. ECF No. 19.

The Court notes there is no indication of service being completed, nor has any Defendant responded to Plaintiff's Amended Complaint.

Based upon Plaintiff's failure to follow this Courts directive, the Clerk of this Court is directed to strike Plaintiff's Supplement to Complaint and Second Amended Complaint. ECF Nos. 21 and 22. Further, Plaintiff is advised that any future violation of the Court's Orders may result in a recommendation of dismissal of her original Complaint and Amended Complaint.

**IT IS SO ORDERED** this **18th day of October 2023**.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE