IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANTOINETTE LEE                                                                                    PLAINTIFF

v.                                              Civil No. 4:23-cv-04029

SUSTAINABLE FORESTS, LLC. AND
BLUE SKY TIMBER PROPRTIES, LLC                                                  DEFENDANTS

**ORDER**

Before the Court is Defendant Sustainable Forests' Motion to Quash Service of Second Amended Complaint.  ECF No. 29.  Plaintiff has not responded to the Motion.  Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009), the Honorable Susan O. Hickey referred this Motion to this Court.

**1. Background**

On October 10, 2023, Plaintiff filed a Supplement to Complaint and a Second Amended Complaint.  ECF Nos. 21 and 22.  Prior to the filing of this pleading, on September 6, 2023, Plaintiff had been directed to not to file any additional pleadings in this matter until service was completed and Defendants had responded to the Amended Complaint.  ECF No. 19.  Based upon Plaintiff's failure to follow this directive, the Court, by Order dated October 18, 2023, directed the Clerk of this Court to strike Plaintiff's Supplement to Complaint and Second Amended Complaint. ECF No. 23.

According to Defendant's Motion, Plaintiff is purported to have served her Second Amended Complaint on Sustainable Forests on October 18, 2023.  With this Motion, Defendant Sustainable Forests seeks to quash service of Plaintiff's Second Amended Complaint because the Second Amended Complaint had been previously stricken and may not serve the basis for proper service.

1

### 2. Discussion

On October 18, 2023, this Court ordered Plaintiff's Supplement to Complaint and Second Amended Complaint (ECF Nos. 21 and 22) be stricken based on Plaintiff's failure to follow the Court's directive.  ECF No. 23.  As a result, Plaintiff's Supplement to Complaint and Second Amended Complaint were null and void of any significance and ineffective of being served.

### 3. Conclusion

Based upon the foregoing, the Court finds Defendant Sustainable Forests' Motion to Quash Service of Second Amended Complaint (ECF No. 29) is **GRANTED**.

**DATED this 28th day of November 2023.**

*/s/  Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE